Opinion filed December 21, 2006 















 
 
  
 
 







 
 
  
 
 




Opinion filed December 21, 2006 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                   __________

 

                                                          No. 11-05-00367-CV 

                                                    __________

 

                                         IVO NABELEK, Appellant

 

                                                             V.

 

                            CHARLES
BACARISSE, CLERK, Appellee

 



 

                                         On
Appeal from the 250th District Court

 

                                                           Travis
County, Texas

 

                                              Trial
Court Cause No. GN 502-975

 



 

                                              M
E M O R A N D U M   O P I N I O N

Ivo Nabelek filed in Travis County a pro se
application seeking Aimmediate,
mandatory, preliminary, temporary and permanent injunctions@ against the justices and the clerk of
the United States Supreme Court, the justices and the clerk of the Texas
Supreme Court, the judges and the clerk of the Texas Court of Criminal Appeals,
two Harris County district judges, and Harris County District Clerk Charles
Bacarisse.  Bacarisse filed a motion to
transfer venue from Travis County to Harris
 County.  The trial court granted the motion, and
Nabelek appeals.  We dismiss.








An order granting a motion to transfer venue is
not subject to an interlocutory appeal. 
Tex. Civ. Prac. & Rem. Code
Ann. ' 15.064 (Vernon 2002).  Therefore, this court lacks jurisdiction to
entertain an appeal from the trial court=s
order.

The appeal is dismissed for want of jurisdiction.

 

PER CURIAM

 

December 21, 2006

Panel
consists of:  Wright, C.J, 

McCall,
J., and Strange, J.